low servant of the plaintiff in removing a lid, which had been provided by the master, from the hole, and new trial ordered, costs to abide the event.

WARTH v. KASTRINER et al. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Apollonia Warth, trading, etc., under the firm name of Albin Warth, against Jacob Kastriner and others. No opinion. Motion denied.

WATERFORD ELECTRIC LIGHT, HEAT & POWER CO. v. REED et al. (Supreme Court, Appellate Division, Third Department. March 23, 1908.) Action by the Waterford Electric Light, Heat & Power Company against Kate E. Reed and others. No opinion. Ordered that the order heretofore made herein by this court shall be without prejudice to the right of the plaintiff to ask leave of the Special Term to vacate the judgment of condemnation herein and to make such amendment to its original petition as may be proper upon such terms and conditions as such court may determine; $10 costs of this motion to be paid by plaintiff.

WATERS, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 19, 1908.) Action by Kate Waters against the Metropolitan Life Insurance Company. No opinion. Motion denied.

WATTS, Respondent, v. FRANZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Dora Post Watts against Frederick J. Franz. No opinion. Judgment and order affirmed, with costs.

WEBBER, Respondent, v. EISLER, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Richard Webber against Nathan A. Eisler. W. L. Stone, Jr., for appellant. R. L. Weaver, for respondent. No opinion. Judgment affirmed, with costs. Appeal from decision dismissed, with costs. Order filed.

WELCH, Respondent, v. WELCH, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by John Welch against Albert Welch. No opinion. Motion granted, on condition that the parties agree that the bonds be deposited pending the action in escrow with some person or corporation, to be chosen by them within five days, in default of which an undertaking to be approved by a justice of this court must be given; otherwise, motion denied, with $10 costs.

WELLS, Respondent, v. TAYLOR et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Frank Wells against Edna V. Taylor and others. No opinion. Judgment affirmed, with costs.

In re WEST ONE–HUNDRED AND SIXTY–SECOND ST. (Supreme Court, Appellate Division, First Department. March 13, 1908.) In the matter of West 162d street. No opinion. Motion granted. Order filed.

In re WEST TWO–HUNDRED AND ELEVENTH ST. AND WEST TWO–HUNDRED AND TWELFTH ST. (Supreme Court, Appellate Division, First Department. April 16, 1908.) In the matter of West 211th street and West 212th street. No opinion. Motions granted. Orders filed.

In re WEST TWENTIETH AND TWENTY–SECOND STREETS. (Supreme Court, Appellate Division, First Department. March 13, 1908.) In the matter of the West Twentieth and Twenty-Second streets. No opinion. Motion granted. Order filed.

WHALEN, Respondent, v. LESE, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by John Whalen, as sole surviving executor, etc., against Louis Lese. No opinion. Motion denied, on payment of $10 costs, and on condition that appellant have his appeal ready for the May term. Order filed.

WHITE, Respondent, v. DOUGLAS, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Joseph White against James A. Douglas. No opinion. Motion denied, on payment of $10 costs, and on condition that appellant have his appeal ready for the May term. Order filed.

In re WHITE'S ESTATE. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) In the matter of the estate of Patrick White, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, without costs.

WHITMORE, Respondent, v. WHITMORE, Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Ida Whitmore against Louis Whitmore. J. Wilkenfeld, for appellant. L. A. Snitkin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WIARD MFG. CO., Respondent, v. WATKINS, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by Wiard Manufacturing Company against E. Fred Watkins. No opinion. Judgment affirmed, with costs.

In re WILCOX. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) In the matter of the application of Frank Z. Wilcox for a peremptory writ of mandamus, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.